# IN THE SUPREME COURT OF PENNSYLVANIA

In the Matter of

FRANCIS MALOFIY

: No. 2302 Disciplinary Docket No. 3
:
: No. 158 DB 2016
:
: Attorney Registration No. 208494
:
: (Delaware County)

## ORDER

**PER CURIAM**

**AND NOW**, this 3rd day of April, 2017, on certification by the Disciplinary Board that Francis Malofiy, who was suspended for a period of three months and one day, has filed a verified statement showing compliance with the Order of Suspension and Pa.R.D.E. 217, and there being no other outstanding order of suspension or disbarment, Francis Malofiy is reinstated to active status.